**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Javier ORTIZ–AROZENA,
Defendant–Appellant.**

**No. 05–40633.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

---

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender has moved for leave to withdraw from representation of Javier Ortiz–Arozena and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ortiz–Arozena has filed a response in which he challenges the sentence imposed following his guilty plea to illegal reentry, which was the violation resulting in the revocation of his supervised release. Ortiz does not challenge the validity of the revocation proceeding or the sentence imposed.

Our independent review of the brief, Ortiz–Arozena's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.